**STATE of Missouri, ex rel. the Honorable Gene McNARY, Prosecuting Attorney, St. Louis County, Missouri, Relator,**

v.

**The Honorable Douglas L. C. JONES, Judge, Division Five, 21st Judicial Circuit Court, St. Louis County, Missouri, Respondent.**

No. 34256.

Missouri Court of Appeals, St. Louis District.

March 20, 1972.

Gene McNary, Pros. Atty., Donald J. Weyerich, First Asst. Pros. Atty., Michael Turken, Joseph M. Settich, Asst. Pros. Attys., Clayton, for relator.

W. Munro Roberts, Jr., St. Louis, for respondent.

BRADY, Chief Judge.

This case is the companion to State of Missouri ex rel. McNary v. Jones, No. 34,249, 472 S.W.2d 637, decided by this court on July 27, 1971. Our opinion in that case is controlling and decisive of the issues in this case.

Accordingly, the preliminary writ of prohibition issued in and made permanent therein is hereby made permanent in this case for the reasons stated in opinion filed in Case No. 34,249.

DOWD, SMITH, SIMEONE, WEIER and CLEMENS, JJ., concur.